Submitted on remand from the Oregon Supreme Court July 13, 2000, reversed and remanded May 23, 2001

RODGER ROBERT ANSTETT,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

97C-12303; A102496

25 P3d 414

Steven H. Gorham for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, for respondent.

Before Haselton, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

**PER CURIAM**

Plaintiff appeals from the trial court's dismissal of his petition for a writ of habeas corpus. The crimes for which he is incarcerated took place during the time period when the administrative rule discussed in *Peek v. Thompson*, 160 Or App 260, 980 P2d 178, *rev dismissed* 329 Or 553 (1999), was in effect. We reverse and remand with instructions for the trial court to consider plaintiff's arguments in light of *Peek* and in light of the standard of review enunciated in *Hamel v. Johnson*, 173 Or App 448, 25 P3d 314 (2001).

Reversed and remanded.